UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IVAN DOMINGUEZ-RODRIGUEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:18-CV-2098 RLW |
| ) | |
| STANLEY PAYNE, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

Petitioner moves for leave to proceed in forma pauperis in this action brought pursuant to 28 U.S.C. § 2254. Upon review of the financial affidavit, the Court has determined that petitioner is unable to pay the filing fee. *See* 28 U.S.C. § 1915. The motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** petitioner's motion for leave to proceed in forma pauperis [Doc. #2] is **GRANTED**.

Dated this 19th day of December, 2018.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE